THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Cedric Jovaugh
 Ford, Appellant.
 
 
 
 
 

Appeal From Florence County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2010-UP-410   
 Submitted September 1, 2010  Filed
September 16, 2010

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General Julie M.
 Thames, all of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence,
 for Respondent.

 
 

PER CURIAM: Cedric
 Jovaugh Ford appeals his guilty plea for trafficking in cocaine.  On appeal,
 Ford argues the trial court erred in failing to suppress the cocaine found
 during a checkpoint search. We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities: Gibson
 v. State, 334 S.C. 515, 523, 514 S.E.2d 320, 324 (1999) ("A
 defendant who pleads guilty usually may not later raise independent claims of
 constitutional violations.");Rivers v.
 Strickland, 264 S.C. 121, 124, 213 S.E.2d 97, 98 (1975) ("The general
 rule is that a plea of guilty, voluntarily and understandingly made,
 constitutes a waiver of nonjurisdictional defects and defenses, including
 claims of violation of constitutional rights prior to the plea."); State
 v. Snowdon, 371 S.C. 331, 333, 638 S.E.2d 91, 92 (Ct. App. 2006) ("Generally, a knowing and voluntary guilty plea waives all
 non-jurisdictional defects and defenses, including claims of constitutional violations.
 A defendant who pleads guilty usually may not later raise independent claims of
 constitutional violations.") (quotation marks and citation omitted).
AFFIRMED.
SHORT, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.